# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN E. WILLIAMS, III, | ) |
|       Plaintiff, | ) |
| v. | )   Case No. CIV-19-465-SLP |
| MICHAEL LIGHT et al., | ) |
|       Defendants. | ) |

## <u>O R D E R</u>

Before the Court are (i) Plaintiff's Request for Order [Doc. No. 24] and (ii) Plaintiff's Request for Protection Order [Doc. No. 26]. U.S. Magistrate Judge Shon T. Erwin issued a Report and Recommendation ("R. & R.") in which he recommended that the motions be construed as motions seeking a temporary restraining order ("TRO") and be denied. *See* R. & R., Doc. No. 29. Plaintiff filed an Objection to the R. & R. [Doc. No. 30], which is now before the Court. Upon de novo review, the Court finds that the R. & R. should be adopted for the reasons stated therein. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Plaintiff provides no legal reason that the procedural safeguards for issuance of a TRO should not apply to him in this case.

IT IS THEREFORE ORDERED that the R. & R. [Doc. No. 29] is ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's Request for Order [Doc. No. 24] and Plaintiff's Request for Protection Order [Doc. No. 26] are DENIED.

IT IS SO ORDERED this 16th day of July, 2020.

*[signature]*

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE