# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN H. WILLIAMS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-465-SLP |
| | ) |
| MICHAEL LIGHT, et al., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 73] of United States Magistrate Judge Amanda Maxfield Green entered June 7, 2022. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report and Recommendation. *See Moore v. United* States, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Accordingly, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety. Defendants' Motion for Summary Judgment [Doc. No. 61] is GRANTED and Plaintiff's claims against Defendants Light and Ferrell are DISMISSED without prejudice on the basis of lack of exhaustion of administrative remedies. Further, Plaintiff's claim for injunctive relief against Defendant Crow is DISMISSED without prejudice as moot.

2

IT IS SO ORDERED this 12th day of July, 2022.

                                                                                     SCOTT L. PALK  
                                                                                     UNITED STATES DISTRICT JUDGE