IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN H. WILLIAMS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-465-SLP |
| | ) |
| MICHAEL LIGHT, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this 12th day of July, 2022, Plaintiff's claims are dismissed without prejudice.

ENTERED this 12th day of July, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE